328

796 A.2d 967

In re Nomination Petition of Bobbi Jo WAGNER, Democratic Nomination for Representative in General Assembly for the 30th Legislative District in the May 21, 2002 General Primary.

Appeal of Pat S. Woodke.

Supreme Court of Pennsylvania.

May 15, 2002.

Robert Matthew Owsiany, for Pat S. Woodke.

Robert E. Stewart, for Bobbi Jo Wagner.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of May, 2002, the Order of Commonwealth Court is **AFFIRMED.**